# Docket & File

**MINUTE ENTRY**

DATE: 5/16/12

JOAN M. AZRACK, USMJ

DOCKET: 11-CV-6021 (SLT)

CASE: Reizes v. Penncro Associates, Inc.

☐ *Docket Clerks are directed to enter the following motions prior to docketing the minute entry:*

Oral motion for _____ by _____
Oral motion for _____ by _____

☑ TELEPHONE     ☐ IN-PERSON

**CIVIL CAUSE FOR:**
☐ INITIAL CONF.   ☑ STATUS CONF.   ☐ SETTLEMENT CONF.   ☐ DISCOVERY CONF.

☐ OTHER: _____

Time in court:  ☑ 15   ☐ 30   ☐ 45   ☐ 60   ☐ Other: ____

FOR PLAINTIFF: Adam Fishbein

FOR DEFENDANT: Hilary Korman

☐ *Docket Clerks are directed to enter the following Discovery Order(s):*

- Disc. sch. adjusted as follows
- Rule 26 from π by 5/18
- Add doc req + int serve by 5/25
- Resp due 6/29
- Dep by 7/31
- Tely conf 8/2/12 noon

☐ *Docket Clerks are directed to enter the following Scheduling Order(s):*
☐ Next conference on 8/2/12 noon   ☑ Telephone   ☐ In-Person
☐ Pre-Trial Order by _____