UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
**MENDEL REIZES**

                                                                  **STIPULATION OF DISMISSAL**

                 Plaintiff,

                                                                  11-CV-06021(SLT)(JMA)

       -against-

**PENNCRO ASSOCIATES, INC.**

                 Defendant.
------------------------------------------------------------------------X

        Plaintiff, Mendel Reizes, hereby voluntarily dismisses this action against defendant, Penncro Associates, Inc. pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with prejudice, and without costs, disbursements, or attorney's fees to either party as against the other.

        An executed faxed copy of this Stipulation shall be deemed as a signed original.

This 5th day of October, 2012


__/s/ Adam J. Fishbein_____     __/s/ Hilary Korman_____
For the plaintiff                                       For the defendant
Adam J. Fishbein                                    Hilary Korman
483 Chestnut Street                                Mel S. Harris & Associates, LLC
Cedarhurst, NY. 11516                            5 Hanover Square, 8th Floor
                                                            New York, NY  10004