UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MENDEL REIZES

                           Plaintiff,

      -against-

PENNCRO ASSOCIATES, INC.

                           Defendant.
-----------------------------------------------------------------X

STIPULATION OF DISMISSAL

11-CV-06021(SLT)(JMA)

       Plaintiff, Mendel Reizes, hereby voluntarily dismisses this action against defendant, Penncro Associates, Inc. pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with prejudice, and without costs, disbursements, or attorney's fees to either party as against the other.

       An executed faxed copy of this Stipulation shall be deemed as a signed original.

This 5th day of October, 2012

| | |
|---|---|
| /s/ Adam J. Fishbein | /s/ Hilary Korman |
| For the plaintiff | For the defendant |
| Adam J. Fishbein | Hilary Korman |
| 483 Chestnut Street | Mel S. Harris & Associates, LLC |
| Cedarhurst, NY. 11516 | 5 Hanover Square, 8th Floor |
| | New York, NY 10004 |

The application is  X granted.
                               ___ denied.
SO ORDERED.
   s/ SLT
_____
Sandra L. Townes, U.S.D.J.
Dated: October 9, 2012
Brooklyn, New York